**TANG & ASSOCIATES**
Kevin Tang, SBN: 291051
18377 Beach Blvd., Ste 211
Huntington Beach, CA 92648
Phone: (714) 594-7022
Fax: (714) 594-7024
Email: Kevin@tang-associates.com

Attorney for Debtor(s),
**DEANGELA CHRISTIN HARRELL**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**DEANGELA CHRISTIN HARRELL,**<br><br>Debtor(s). | Chapter 13<br><br>Case No.: 6:18-bk-20802-SY<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEBTOR'S MOTION TO SELL PROPERTY OF THE ESTATE UNDER SECTION 363(f)**<br><br>Date: 4/11/2019<br>Time: 01:30 PM<br>Ctrm: 302<br>Place: 3420 Twelfth St, Riverside CA 92501 |

**TO THE HONORABLE JUDGE SCOTT YUN AND ALL INTERESTED PARTIES:**

Please take notice that the Debtor, DeAngela Christin Harrell by and through her attorney of record, Kevin Tang, withdraws her Motion to Sell Property of the Estate under Section 363(f) filed in the above-capitoined case on March 7, 2019 as Docket number 57.

Date:   3/19/2019                                Tang & Associates

                                                  /s/ Kevin Tang
                                                 Kevin Tang,
                                                 Attorney for Debtor

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL OF DEBTOR'S MOTION TO SELL
PROPERTY OF THE ESTATE UNDER SECTION 363(f)**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**18377 Beach Blvd., Ste 211, Huntington Beach, CA 92648**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF VOLUNTARY DISMISSAL OF DEBTOR'S MOTION SELL PROPERTY OF THE ESTATE UNDER SECTION 363(f)**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On   **3/19/2019**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (RS): abram.s.feuerstein@usdoj.gov**
**Everett L Green on behalf of U.S. Trustee United States Trustee (RS): everett.l.green@usdoj.gov**
**Christopher Minier on behalf of Creditor Arch CBT SPE, LLC: becky@ringstadlaw.com, arlene@ringstadlaw.com**
**Christopher Minier on behalf of Creditor NPI Debt Fund II, LP: becky@ringstadlaw.com, arlene@ringstadlaw.com**
**Randall P Mroczynski on behalf of Creditor Santander Consumer USA Inc.: randym@cookseylaw.com**
**Brian R Nelson on behalf of Creditor Arch CBT SPE, LLC: becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com**
**Brian R Nelson on behalf of Creditor NPI Debt Fund II, LP: becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com**
**Brian R Nelson on behalf of Interested Party Courtesy NEF: becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com**
**Valerie Smith on behalf of Interested Party Courtesy NEF: claims@recoverycorp.com**
**Edward A Treder on behalf of Interested Party Courtesy NEF: cdcaecf@bdfgroup.com**
**United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On   **3/19/2019**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Judge
Scott Yun
3420 Twelfth Street, Suite 345
Riverside, CA 92501**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **3/19/2019** | **Dennis Peters** | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**NOTICE OF VOLUNTARY DISMISSAL OF DEBTOR'S MOTION TO SELL
PROPERTY OF THE ESTATE UNDER SECTION 363(f)**

**Service List**

| | |
|---|---|
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Santander Consumer USA, Inc.<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy &Woog<br>535 Anton Blvd<br>10th Floor<br>Costa Mesa, CA 92626 |

Caliber Home Loans
PO BOX 619063
Dallas, TX 75261-9063

CIG FINANCIAL
PO BOX 19795
IRVINE, CA 92623

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812

Navy Federal Credit Union
PO Box 3000
Merrifield VA 22119

Santander Consumer USA, Inc.
P.O. Box 560284
Dallas, TX 75356

SUMMIT MANAGEMENT COMPANY LLC
16745 W BERNARDO DR STE 1
San Diego, CA 92127

U.S. Bank Trust, N.A.
c/o Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

**NOTICE OF VOLUNTARY DISMISSAL OF DEBTOR'S MOTION TO SELL
PROPERTY OF THE ESTATE UNDER SECTION 363(f)**